David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff Vanessa Schultz*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Vanessa Schultz, | Case No. 2:16-cv-00427-MMD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO JPMORGAN CHASE & CO. DBA CHASE, ONLY** |
| JPMORGAN CHASE & CO. DBA CHASE, | |
| Defendants. | |

Plaintiff Vanessa Schultz and Defendant CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE & CO. DBA CHASE ("Chase Bank"), hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

…

…

Page **1** of **2**

*LA 52005555*

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and ONLY as to, Chase Bank. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 24, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jacob D. Bundick, Esq. |
| David H. Krieger, Esq. | Jacob D. Bundick, Esq. |
| Nevada Bar No. 9086 | GREENBERG TRAURIG, LLP |
| HAINES & KRIEGER, LLC | 3773 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 400 North |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff Vanessa Schultz* | STROOCK & STROOCK & LAVAN LLP |
| | Julia B. Strickland (*pro hac vice*) |
| | Arjun P. Rao (*pro hac vice*) |
| | 2029 Century Park East |
| | Los Angeles, CA 90067-3086 |
| | |
| | *Attorneys for Defendant Chase Bank USA, N.A.* |

**ORDER**
IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2016
       _____

Page **2** of **2**

LA 52005555